GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for JERICO PRODUCTS, INC.
and LIND MARINE, INC.

**THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE COMPLAINT OF JERICO PRODUCTS, INC. and LIND MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG PETALUMA HER ENGINES, TACKLE, APPURTENANCES, AND THE BARGE 201 (J5200), IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION,<br><br>Claimant. | CASE NO.:<br><br>**DECLARATION OF VALUE** |

I, Michael Lind, declare as follows:

1.  I was before and on June 3, 2007 was and am now the President of petitioner LIND MARINE, INC. which was and is the Owner of the TUG PETALUMA and the barge 201 (J5200).

2.  I have personal knowledge of the facts set forth herein. If called to testify, I would and could competently testify as to the matters stated herein.

3.  The TUG PETALUMA and the barge J5200 are owned by LIND MARINE, INC. and operated by JERICO PRODUCTS, INC.

1

DECLARATION OF VALUE

4.      Based upon my own knowledge, experience and opinion, on June 3, 2007, the value of the TUG PETALUMA was $631,000 and the value of the barge J5200 was $547,000.

5.      These valuations are subject to confirmation by a marine surveyor, whose declaration is to be seasonably filed in these proceedings.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Executed on ~~Nov~~ _____, 2007

Michael Lind
President
Lind Marine, Inc.

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

2

DECLARATION OF VALUE

P112807-1773