# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

January 4, 2008

To:    Paul B. Arenas
       George Wesley Nowell
       John Henry Cigavic, III
       Law Offices of George W. Nowell
       120 Montgomery Street, Suite 1990
       San Francisco, CA 94104


       Re: Jerico Products, Inc. v. Lind Marine Inc., et al. - C07-6175 BZ

Dear Counsel:

       At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for March 31, 2007 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

       At  **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within five days.

                           Sincerely,

                           Richard W. Wieking, Clerk
                           United States District Court


                           ____/s/ Lashanda Scott____
                           By:    Lashanda Scott
                                  Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd