1  GEORGE W. NOWELL (SBN: 83868)
2  PAUL B. ARENAS (SBN: 167863)
   JOHN H. CIGAVIC III (SBN: 231806)
3  LAW OFFICES OF GEORGE W. NOWELL
4  120 Montgomery Street, Suite 1990
   San Francisco, CA 94104
5  Telephone: (415) 362-1333
6  Facsimile: (415) 362-1344
   Attorneys for Petitioner JERICO PRODUCTS, INC.
7  and LIND MARINE, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE COMPLAINT OF JERICO
    PRODUCTS, INC. et al.,                    No. C 07-06175 BZ
12
              Plaintiff(s),                   **DECLINATION TO PROCEED BEFORE**
13                                            **A MAGISTRATE JUDGE**
         v.                                                **AND**
14                                            **REQUEST FOR REASSIGNMENT TO A**
    CA DEPT OF TRANSPORTATION                 **UNITED STATES DISTRICT JUDGE**
15
              Defendant(s).
16  _____/

17

18      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19      The undersigned party hereby declines to consent to the assignment of this case to a United

20  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

    a United States District Judge.
21

22
    Dated: January 7, 2008                    Signature /S/ Paul B. Arenas
23                                             _____
                                               Counsel for Plaintiff
24                                             _____
                                               (Plaintiff, Defendant, or indicate "pro se")
25

26

27

28