UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COMPLAINT OF JERICO PRODUCTS, INC., et al.<br><br>        Petitioner(s),<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION,<br><br>        Claimant(s). | No.  C 07-6175 BZ<br><br>**REPORT AND RECOMMENDATION TO ISSUE ORDER APPROVING PETITIONERS' AD INTERIM STIPULATION FOR VALUE, DIRECTING ISSUANCE OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS** |

    On January 7, 2007, petitioners declined to consent to assignment of the matter to a United States Magistrate Judge for final disposition and trial.  While awaiting their decision, I reviewed their papers and researched the issues they presented.  To expedite this matter, I make the following report and recommendation as to petitioners' request for an order approving ad interim stipulation for value, directing issuance of notice and restraining prosecution of claims.

    Petitioners' complaint and declaration of value comport with the requirements of 46 U.S.C. § 30501, *et seq.* and Rule F of the Supplemental Rules for Certain Admiralty and Maritime

1

1  Claims of the Federal Rules of Civil Procedure.  Accordingly,
2  I recommend that the judge to whom this matter is reassigned
3  issue petitioners' proposed order and direct the Clerk of the
4  Court to issue petitioners' submitted notice requiring all
5  persons asserting claims to file such claims no later than 60
6  days after the issuance of the notice.  Supp.F.R.C.P. F(1).
7  Dated:  January 8, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\JERICO\R&R LIMITATION OF LIABILITY.wpd