GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for JERICO PRODUCTS, INC.
and LIND MARINE, INC.

E-filing

FILED
JAN 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

## THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

CV 07 6175

IN RE COMPLAINT OF JERICO PRODUCTS, ) CASE NO.:
INC. and LIND MARINE, INC. AS OWNERS )
AND/OR OPERATORS OF THE TUG ) [PROPOSED] **ORDER APPROVING**
PETALUMA HER ENGINES, TACKLE, ) **PETITIONERS' AD INTERIM**
APPURTENANCES, AND THE BARGE 201 ) **STIPULATION FOR VALUE,**
(J5200), IN A CAUSE OF EXONERATION ) **DIRECTING ISSUANCE OF NOTICE**
FROM OR LIMITATION OF LIABILITY, ) **AND RESTRAINING PROSECUTION**
) **OF CLAIMS**
Petitioner, )
) IN ADMIRALTY (FRCivP SUPP F)
v. )
)
CALIFORNIA DEPARTMENT OF )
TRANSPORTATION, )
)
Claimant. )

A Complaint having been filed herein on December 3, 2007 by the above-named petitioners, as owners and/or operators of the TUG PETALUMA and BARGE 201 (J5200), for exoneration from, or limitation of, liability pursuant to 46 U.S.C. 30501 et seq. (formerly 46 U.S.C.S. App. § 181 et seq ), and pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for any loss, claim, destruction, or alleged damage caused by or resulting from an allision with the Highway 37 Napa Bridge on June 3, 2007 as more fully described in the Complaint.

And, the Complaint having stated that the value of the petitioners' interest in the TUG PETALUMA and BARGE 201 (J5200) at the time of the incident described in the Complaint

---

1

**[PROPOSED] ORDER APPROVING PETITIONERS' AD INTERIM STIPULATION FOR VALUE, DIRECTING ISSUANCE OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS**

1   does not exceed $1,179,000 as set forth in the Declaration of Value attached to the Complaint;
2   and the petitioners having deposited in the Court security for the benefit of claimants an Ad
3   Interim Stipulation dated December 3, 2007, with surety not less than or equal to the amount or
4   value of its interest in the said vessels plus an amount for costs in the sum of $1,179,000, with
5   interest as provided by law at a rate of 6 percent as of this date, executed by INTERNATIONAL
6   MARINE UNDERWRITERS as Surety.
7   **NOW THEREFORE**, on the motion of petitioners;
8   **IT IS ORDERED AS FOLLOWS:**
9   (1) The above-described Ad Interim Stipulation for value as surety deposited by the
10  petitioners, JERICO PRODUCTS, INC. and LIND MARINE, INC., with the
11  Court for the benefit of claimants in the sum of $1,179,000, with interest
12  aforesaid at a rate of 6percent, as security for the amount of value of the
13  claimants' interest in the TUG PETALUMA and BARGE 201 (J5200), is hereby
14  approved;
15  (2) The Court, upon motion, shall cause due appraisement of such value and may
16  thereupon order the said security increased or reduced if it finds the amount of
17  value insufficient or excessive, and upon demand, the Court may similarly order
18  an increase or reduction if it finds that such Order is necessary to carry out the
19  provisions of 46 U.S.C. 30501 et seq. (formerly 46 U.S.C.S. App. § 181 et seq).;
20  (3) A Notice shall be issued by the Clerk of Court to all persons asserting claims with
21  respect to which the Complaint seeks exoneration or limitation, admonishing
22  them to file their respective claims with the Clerk of Court in writing, and to
23  serve on counsel for claimants a copy thereof on or before the 24th day of
24  March, 2008, or be defaulted, and that if any claimant desires to
25  contest either the right to exoneration or the right to limitation of liability, he
26  shall file and serve on counsel for petitioners an Answer to the Complaint on or
27  before the said date, unless his claim has included an Answer to the Complaint,
28  so designated, or be defaulted;

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P112907-1773

1  (4)  The foregoing Notice shall be published in the Napa Valley Register, once a week for four successive weeks prior to the date fixed for the filing of the claims, as provided in Rule F; and copies of the Notice shall also be mailed in accordance with Rule F;

(5)  The further prosecution of any and all actions, suits, and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings of any nature and description whatsoever, in any jurisdiction, and the taking of any steps and the making of any motion on such actions, suits, or proceedings against the petitioners as aforesaid, or against the TUG PETALUMA and BARGE 201 (J5200), or their liability insurers, or against any property that petitioners accept in this action, to recover for damages for or in respect of any loss of life, injury, loss from a destruction, or damages caused by or resulting from the foregoing casualty as alleged in the Complaint be and they are hereby restrained, stayed, and enjoined until the hearing and determination of this action;

(6)  Service of this Order as a Restraining Order may be made by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively, delivered by hand.

DATED: **22 Jan**, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

---

[PROPOSED] ORDER APPROVING PETITIONERS' AD INTERIM STIPULATION FOR VALUE, DIRECTING ISSUANCE OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS

P112907-1773

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333   Fax: (415) 362-1344