GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for JERICO PRODUCTS, INC.
and LIND MARINE, INC.

RECEIVED
07 DEC -
E-filing
FILED
JAN 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

**THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE COMPLAINT OF JERICO PRODUCTS, INC. and LIND MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG PETALUMA HER ENGINES, TACKLE, APPURTENANCES, AND THE BARGE 201 (J5200), IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION,<br><br>Claimant. | CASE NO.: CV 07 6175 VRW<br><br>**NOTICE TO CLAIMANTS OF EXONERATION FROM OR LIMITATION OF LIABILITY**<br><br>IN ADMIRALTY (FRCivP SUPP F) |

Notice is hereby given that JERICO PRODUCTS, INC. and LIND MARINE, INC., as owners and/or operators of the TUG PETALUMA and BARGE 201 (J5200) have filed a Complaint pursuant to 46 U.S.C. 30501 et seq. (formerly 46 U.S.C.S. App. § 181 et seq.), for exoneration from, or limitation of, liability of all claims for any loss, destruction, or damage arising out of the allision of the BARGE 201 (J5200) with the Highway 37 Napa Bridge on June 3, 2007, as more fully described in the Complaint.

All persons having such claims must file their respective claims, as provided in Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of the United States District Court, for the

1

NOTICE TO CLAIMANTS OF EXONERATION FROM OR LIMITATION OF LIABILITY

1  Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102
2  and must serve a copy thereof on counsel for petitioners on or before 24th day of ~~January~~ March, 2008
3  or be defaulted.
4      If any claimant desires to *contest* either the right to exoneration *from,* or the right to
5  limitation of liability, he/she shall file and serve on the counsel for petitioner an Answer to
6  Complaint on or before the foregoing date unless his/her claim has included an answer so
7  designated or be defaulted.
8  DATED: 22 JAN 2008 ~~2007~~

           **CORA KLEIN** for the
           CLERK OF THE COURT
           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

2

NOTICE TO CLAIMANTS OF EXONERATION FROM OR LIMITATION OF LIABILITY

P113007-1773