| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Paul Arenas, 167863<br>LAW OFFICE OF GEORGE W. NOWELL<br>120 Montgomery St<br>San Francisco, CA 941044322 | (415) 362-1333 | FILED<br>08 FEB 19 PM 4:00<br>*[court stamp]* |
| ATTORNEY FOR *(Name)*: Plaintiff | Ref. No. or File No.<br>1773 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

**PLAINTIFF:**

In re Jerico Products, Inc. et al.

**DEFENDANT:**

California Department of Transportation

| **PROOF OF SERVICE** | DATE:<br>March 27, 2008 | TIME:<br>3:30 pm | DEPT/DIV:<br>Ctrm. | CASE NUMBER:<br>3:07-cv-06175-VRW |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Cicil Case Cover Sheet, Oreder Approving AD Interim, Reassignment order, Case Management Conference, ECF Reg., Complaint, Drop Box Filing, Declaration of Value, Clerks Notice, Declination to Proceed Before a Magistrate, Notice to Claimants Welcom to US District Court

2. Party Served:          California Department of Transportation – Legal Division

3. Person Served:         Jose Aguirre, Assist. Chief Counsel - Person authorized to accept service of process.

4. Date & Time of Delivery:   February 14, 2008       2:20 pm

5. Address, City and State:   1120 N Street
                              Sacramento, CA  95814

6. Manner of Service:     Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 44.00

Registered California process server.
County: SACRAMENTO
Registration No.:2005-35

Scott Oliver
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on February 15, 2008 at Oakland, California.

Signature: *[signature]*

Scott Oliver