1  GEORGE W. NOWELL (SBN: 83868)
    george.nowell@nowelllaw.com
2  PAUL B. ARENAS (SBN: 167863)
    paul.arenas@nowelllaw.com
3  JOHN H. CIGAVIC III (SBN: 231806)
    john.cigavic@nowelllaw.com
4  **LAW OFFICES OF GEORGE W. NOWELL**
    120 Montgomery Street, Suite 1990
5  San Francisco, CA 94104
    Telephone: (415) 362-1333
6  Facsimile: (415) 362-1344
    Attorneys for JERICO PRODUCTS, INC.
7  and LIND MARINE, INC.

8              THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA
                   (SAN FRANCISCO DIVISION)
10

11  IN RE COMPLAINT OF JERICO PRODUCTS, )   CASE NO.: 07-CV-06175 VRW
    INC. and LIND MARINE, INC. AS OWNERS )
12  AND/OR OPERATORS OF THE TUG          )   **NOTICE OF COMPLIANCE WITH**
    PETALUMA HER ENGINES, TACKLE,        )   **ORDER APPROVING AD INTERIM**
13  APPURTENANCES, AND THE BARGE 201     )   **STIPULATION**
    (J5200), IN A CAUSE OF EXONERATION   )
14  FROM OR LIMITATION OF LIABILITY,     )   IN ADMIRALTY (FRCivP SUPP F)
                                         )
15                        Petitioner,    )
                                         )
16  v.                                   )   Case Management Conference:
                                         )   April 10, 2008
17  CALIFORNIA DEPARTMENT OF             )
    TRANSPORTATION,                      )
18                                       )
                          Claimant.      )
19  _____ )

20  TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD:

21          PLEASE TAKE NOTICE THAT JERICO PRODUCTS, INC. and LIND MARINE, INC.

22  ("petitioners") have complied the order of this Court approving petitioners' ad interim stipulation

23  dated January 22, 2008, paragraph (4) and (6) by having the Notice to Claimants published in the

24  Napa Valley register for 4 consecutive weeks. Copies of the Notice were also mailed to and

25  hand served upon the one known claimant California Department of Transportation.

26          A true, accurate and complete copy of the Affidavit of Publication signed by Keri

27  Ribardiere of the Napa Valley Register is attached hereto as Exhibit A.

28

**NOTICE OF COMPLIANCE WITH ORDER APPROVING AD INTERIM STIPULATION
(07-CV-06175 VRW)**

P030608-1773

1   A true, accurate and complete copy of the Proof of Service of the Notice to Claimants,

2 the Complaint, the Order Approving the Ad Interim Stipulation and associated documents is

3 attached hereto as Exhibit B.

4   The California Department of Transportation has also been mail served with the Second

5 Clerk's Notice dated March 7, 2008 regarding continuance of the Case Management Conference

6 from March 27, 2008 to April 10, 2008.

7 DATED: March 10, 2008     **LAW OFFICES OF GEORGE W. NOWELL**

8

9              By: /S/ *Paul B. Arenas*

                   PAUL B. ARENAS

10                 Attorneys for JERICO PRODUCTS, INC.
                 and LIND MARINE, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

2

**NOTICE OF COMPLIANCE WITH ORDER APPROVING AD INTERIM STIPULATION**
**(07-CV-06175 VRW)**

P030608-1773

**Exhibit A**

AFFIDAVIT OF PUBLICATION        NAPA VALLEY PUBLISHING

Law Offices of George W. Nowell
120 Montgomery Street, Suite 1990
San Francisco, CA  94104

ACCOUNT #    24939

AD NUMBER    0000106431-01

STATE OF CALIFORNIA

COUNTY OF NAPA

I AM A CITIZEN OF THE UNITED STATES AND A RESIDENT OF THE
COUNTY FORESAID; I AM OVER THE AGE OF EIGHTEEN YEARS, AND
NOT A PART TO OR INTERESTED IN THE ABOVE-ENTITLED MATTER.
I AM THE PRINCIPAL CLERK OF THE NAPA VALLEY REGISTER, A
NEWSPAPER OF GENERAL CIRCULATION, PRINTED AND PUBLISHED
DAILY IN THE CITY OF NAPA, COUNTY OF NAPA, AND WHICH
NEWSPAPER HAS BEEN ADJUDGED A NEWSPAPER OF GENERAL
CIRCULATION BY THE SUPERIOR COURT OF THE COUNTY OF NAPA,
STATE OF CALIFORNIA, UNDER THE DATE OF NOVEMBER 16, 1951,
CASE NUMBER 12752,

THAT I KNOW FROM MY OWN PERSONAL KNOWLEDGE THE NOTICE, OF
WHICH THE ANNEXED IS A PRINTED COPY (SET IN TYPE NOT
SMALLER THAN NONPAREIL), HAS BEEN PUBLISHED IN EACH
REGULAR AND ENTIRE ISSUE OF SAID NEWSPAPER AND NOT IN ANY
SUPPLEMENT THEREOF ON THE FOLLOWING DATES, TO WIT:

PUBLISHED IN NVR: :    2/9/2008, 2/13/2008, 2/20/2008, 2/27/2008

FILED ON:        02/29/2008

I CERTIFY (OR DECLARE) UNDER PENALTY OF PERJURY THAT
THE FOREGOING IS TRUE AND CORRECT.

DATED AT NAPA COUNTY, CALIFORNIA,

THIS DAY 29 OF February, 2008

SIGNATURE Keri Ribardiere

**PUBLIC NOTICE**
THE UNITED STATES
DISTRICT COURT
NORTHERN DISTRICT
OF CALIFORNIA
(SAN FRANCISCO
DIVISION)
CASE NO: CV 07-6175
NOTICE TO CLAIMANTS
OF EXONERATION
FROM OR LIMITATIONN
OF LIABILITY
IN RE COMPLAINT OF
JERICO PRODUCTS, INC.
and LINDA MARINE, INC.
AS OWNERS AND/OR OP-
ERATORS OF THE TUG
PETALUMA HER EN-
GINES, TACKLE, APPUR-
TENANCES, AND THE
BARGE 201 (J5200), IN A
CAUSE OF EXONERA-
TION FROM OR LIMITA-
TION OF LIABILITY, Peti-
tioner,
V.
CALIFORNIA    DEPART-
MENT OF TRANSPORTA-
TION, Claimant,
Notice is hereby given that
JERICO PRODUCTS, INC.
and LIND MARINE, INC.,
as owners and/or operators
of the TUG PETALUMA
and BARGE 201 (J5200)
with the Highway 37 Napa
Bridge on June 3, 2007, as
more fully described in the
Complaint.
All persons having such
claims must file their re-
spective claims, as provid-
ed in Rule F of the Supple-
mental Rules for Certain
Admiralty and Maritime
Claims of the Federal Rules
of Civil Procedure, with the
Clerk of the United States
District Court, for the
Nothern District of Califor-
nia, 450 Golden Gate Ave-
nue, San Francisco, Califor-
nia 94102 and must serve a
copy thereof on counsel for
petitioners on or before 24th
day of March, 2008 or be
defaulted.
If any claimant desires to
contest either the right to
exoneration from, or the
right to limitation of liability,
he/she shall file and serve
on the counsel for petitioner
an Answer to Complaint on
or before the foregoing date
unless his/her claim has in-
cluded an answer so desig-
nated or be defaulted.
DATED: January 22, 2008
Cora Klein for the
CLERK OF THE COURT
UNITED    STATES
DISTRICT COURT
NOTHERN DISTRICT OF
CALIFORNIA
Attorneys for    JERICO
PRODUCTS, INC. and
LIND MARINE, INC.
GEORGE W. NOWELL.
PAUL B. ARENAS
JOHN H. CIGAVIC III
**LAW    OFFICES    OF
GEORGE W. NOWELL**
120    MONTGOMERY
STREET, SUITE 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile:(415) 362-1344
106431  2/6, 13, 20, 27

**Exhibit B**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*<br>Paul Arenas, 167863<br>LAW OFFICE OF GEORGE W. NOWELL<br>120 Montgomery St<br>San Francisco, CA 941044322 | TELEPHONE NO.:<br>(415) 362-1333 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR *(Name):*  Plaintiff | Ref. No. or File No.<br>1773 | FILED<br>FEB 19 PM 4: 00<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

In re Jerico Products, Inc. et al.

DEFENDANT:

California Department of Transportation

| **PROOF OF SERVICE** | DATE:<br>March 27, 2008 | TIME:<br>3:30 pm | DEPT/DIV:<br>Ctrm. | CASE NUMBER:<br>3:07-cv-06175-VRW |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Cicil Case Cover Sheet, Oreder Approving AD Interim, Reassignment order, Case Management Conference, ECF Reg., Complaint, Drop Box Filing, Declaration of Value, Clerks Notice, Declination to Proceed Before a Magistrate, Notice to Claimants Welcom to US District Court

2. Party Served:    California Department of Transportation – Legal Division

3. Person Served:    Jose Aguirre, Assist. Chief Counsel - Person authorized to accept service of process.

4. Date & Time of Delivery:    February 14, 2008        2:20 pm

5. Address, City and State:    1120 N Street
Sacramento, CA  95814

6. Manner of Service:    Personal Service - By personally delivering copies.

## BY FAX

Fee for Service: $ 44.00

Registered California process server.
County: SACRAMENTO
Registration No.:2005-35

Scott Oliver
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on February 15, 2008 at Oakland, California.

Signature: _____
                              Scott Oliver

GEORGE W. NOWELL (SBN: 83868)
 george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
 paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
 john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for JERICO PRODUCTS, INC. [LIND MARINE, INC.]

*(left margin, vertical text)* LAW OFFICES OF GEORGE W. NOWELL  120 Montgomery Street, Suite 1990  San Francisco, CA 94104  Phone: (415) 362-1333 Fax: (415) 362-1344

## THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE COMPLAINT OF JERICO PRODUCTS, INC. [LIND MARINE, INC.] AS OWNER AND/OR OPERTOR OF THE TUG PETALUMA HER ENGINES, TACKLE, APPURTENANCES, AND THE BARGE 201 (J5200), IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY, | CASE NO.: 3:07-CV-06175-VRW  PROOF OF SERVICE |
| Petitioner, | |
| v. | |
| CALIFORNIA DEPARTMENT OF TRANSPORTATION, | |
| Claimant. | |

      I am a resident of California of the United States, over the age of 18 years, and not a party to or interested in the within entitled case.  I am an employee of THE LAW OFFICES OF GEORGE W. NOWELL and my business address is 120 Montgomery St., Suite 1990, San Francisco, CA 94104.  I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Post Office.  On this date, I served the following:

      (1)      **Notice of Compliance with Order Approving Ad Interim Stipulation**

___X___      **MAIL**: By placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Post Office at San Francisco, California, addressed as set forth below on March 10, 2008.

_____      **PERSONAL DELIVERY**: By hand delivering to the addressee(s) a true copy thereof at the address listed below before 5:00 P.M. on March 10, 2008.

1

POS-1773

1 _____  **FEDERAL EXPRESS**: By placing a true copy thereof enclosed in a sealed
        Federal Express envelope with postage fully prepaid at a Federal Express office
2       located in San Francisco, California, addressed as set forth below on March 10,
        2008.
3

4 _____  **EXPRESS MAIL**: By placing a true copy thereof enclosed in a sealed
        Express Mail envelope with postage fully prepaid at a United States Post Office
        located in San Francisco, California, addressed as set forth below on March 10,
5       2008.

6 _____  **FACSIMILE**: By telecoping a true copy thereof to the party at the facsimile
        number as set forth below on March 10, 2008.

7

8 California Department of Transportation        David Sullivan
   Legal Division                                Caltrans Legal Office
   1120 N Street                                 595 Market Street, Suite 1700
9 Sacramento, CA 95814                           San Francisco, CA 94105

10

11       I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct and that this declaration was executed on March 10, 2008 at
12 San Francisco, California.

13

14                                              Nathan Garcia

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

2

POS-1773