BRUCE A. BEHRENS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
MICHAEL G. HARRINGTON, Assistant Chief Counsel
BELVIN SMITH
WM. DAVID SULLIVAN, State Bar No. 142881
595 Market Street, Suite 1700, San Francisco, CA 94105
Mail: P. O. Box 7444, San Francisco, CA 94120-7444
Telephone: (415) 904-5700, Facsimile: (415) 904-2333

Attorneys for Claimant California Department of Transportation

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE COMPLAINT OF JERICO PRODUCTS, INC. And LIND MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUB PETALUMA HER ENGINES, TACKLE, APPURTENANCES, AND THE BARGE 201 (J5200), IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY, <br><br> Petitioner, <br><br> vs. <br><br> CALIFORNIA DEPARTMENT OF TRANSPORTATION, <br><br> Claimant. | CASE No. 07-CV-06175 VRW <br><br> ANSWER TO THE COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY |

COMES NOW Claimant State of California, through undersigned counsel, who answer the complaint for exoneration from or limitation of liability of petitioners JERICO PRODUCTS, INC. and LIND MARINE, INC., as operators and owners of the TUG PETALUMA and BARGE 201 (J5200) as follows:

///

**FIRST DEFENSE**

The complaint fails to state a claim on upon which relief can be granted.

**SECOND DEFENSE**

The Limitation of Liability Act, 46 U. S. C. 30501, et seq. is discriminatory in Claimants of property rights without due process of law, in violation of the Fifth and Fourteenth Amendments to the United States Constitution.

**THIRD DEFENSE**

The Limitation of Liability Act, 46 U. S. C. 30501, et seq. is unconstitutional in that it deprives the Claimant of the right to a trial by jury, guaranteed by the Seventh Amendment to the United States Constitution and other applicable laws.

**FOURTH DEFENSE**

The limitation fund is inadequate and the complaint should be dismissed because petitioners have failed to deposit adequate security and to include insurance proceeds.

**FIFTH DEFENSE**

The acts of negligence contributing to the June 3, 2007 allision between the TUG PETALUMA and BARGE 201 (J5200) and the Napa River Bridge for State Route 37 and the unseaworthiness of the TUG PETALUMA and BARGE 201 (J5200) occurred with the privity and knowledge of LIND MARINE, INC. and JERICO PRODUCTS, INC. and therefore, petitioners are not entitled to exoneration from limitation and/ or liability in these proceedings.

AND NOW, with full reservation of all defenses herein above asserted Complainant answers the allegations of the complaint as follows:

I.

Claimant admits this claim has been brought pursuant to 46 U. S. C. 30501 and is within this court's admiralty and maritime jurisdiction.

II.

Claimant admits that JERICO PRODUCTS, INC. and LIND MARINE, INC. owned,

operated and manned the TUG PETALUMA and BARGE 201 (J5200) on June 3, 2007; all other allegations of Paragraphs 4 through 7 are denied for lack of sufficient information to justify a belief therein.

### III.

The allegations of Paragraph 8 are admitted.

### IV.

The allegations of Paragraph 9 are denied for lack of sufficient information to justify a belief therein.

### V.

The allegations of Paragraph 10 are denied and Claimants demand strict proof thereof.

### VI.

The allegations of Paragraph 11 are denied and Claimants demand strict proof thereof.

### VII.

The allegations of Paragraph 12 are denied for lack of sufficient information to justify a belief therein.

### VIII.

The allegations of Paragraph 13 are denied.

### IX.

The allegations of Paragraph 14 are denied.

### X.

The allegations of Paragraph 15 are denied and Claimants demand strict proof thereof.

### XI.

The allegations of Paragraph 16 are admitted.

### XII.

The allegations of Paragraph 17 are denied for lack of sufficient information to justify a belief therein.

///

**XIII.**

The allegations of Paragraph 18 are denied for lack of sufficient information to justify a belief therein.

**XIV.**

The allegations of Paragraph 19 are denied for lack of sufficient information to justify a belief therein.

**XV.**

The allegations of Paragraph 20 (improperly labeled as Paragraph 16) are denied for lack of sufficient information to justify a belief therein.

FURTHER ANSWERING, Claimant avers that at all times pertinent hereto the allision between the TUG PETALUMA and BARGE 201 (J5200) and the Napa River Bridge for State Route 37 on June 3, 2007 was the result of the negligence of managing agents and employees of JERICO PRODUCTS, INC. and LIND MARINE, INC.

FURTHER ANSWERING, Claimant avers that the TUG PETALUMA and BARGE 201 (J5200) were unseaworthy and that the unseaworthiness condition existed prior to the vessels leaving port, all of which was known or should have been known to managerial personnel at JERICO PRODUCTS, INC. and LIND MARINE, INC.

FURTHER ANSWERING, Claimant avers that Petitioners failed to provide an adequate and competent crew for the vessel's intended voyage.

FURTHER ANSWERING, Claimant avers that Petitioners have no right to limit under the Limitation Act in this matter because the vessels the TUG PETALUMA and BARGE 201 (J5200) are not a seagoing vessels as contemplated by 46 U. S. C. 30501, et seq.

FURTHER ANSWERING, Claimant avers that Petitioners have no right to limit under the Limitation Act in this matter because during the allision of June 3, 2007, Petitioners' vessel struck a government improvement to navigation, the southern approach flared section including the dolphin at the beginning of the flare and the accompanying navigational lighting, in violation of 33 U. S. C. 408.

ANSWER TO THE COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

WHEREFORE, Claimant prays that the Complaint for Limitation of Liability be denied and that complainant's prayer for exoneration be denied, all at complainants costs and that Claimant's claim filed separately this date be granted.

Dated: March 20, 2008

BRUCE A. BEHRENS
DAVID GOSSAGE
MICHAEL G. HARRINGTON
BELVIN SMITH
WM. DAVID SULLIVAN

By _____/s/ Wm. David Sullivan_____
Attorneys for Claimant
CALIFORNIA DEPARTMENT OF TRANSPORTATION

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700, San Francisco, California 94105
Mail: P.O. Box 7444, San Francisco, California 94120-7444
Telephone: (415) 904-5700; Facsimile: (415) 904-2333

1  BRUCE A. BEHRENS, Chief Counsel
   DAVID GOSSAGE, Deputy Chief Counsel
2  MICHAEL G. HARRINGTON, Assistant Chief Counsel
   BELVIN SMITH
3  WM. DAVID SULLIVAN, State Bar No. 142881
   595 Market Street, Suite 1700, San Francisco, CA 94105
4  Mail: P. O. Box 7444, San Francisco, CA 94120-7444
   Telephone: (415) 904-5700, Facsimile: (415) 904-2333
5
6  Attorneys for Claimant California Department of Transportation
7

8              THE UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
                    (SAN FRANCISCO DIVISION)
10

11  IN RE COMPLAINT OF JERICO PRODUCTS,)   CASE No. 07-CV-06175 VRW
    INC. And LIND MARINE, INC. AS OWNERS )
12  AND/OR OPERATORS OF THE TUB          )
    PETALUMA HER ENGINES, TACKLE,        )   PROOF OF SERVICE
13  APPURTENANCES, AND THE BARGE 201     )
    (J5200), IN A CAUSE OF EXONERATION   )
14  FROM OR LIMITATION OF LIABILITY,     )
                                         )
15          Petitioner,                  )
                                         )
16  vs.                                  )
                                         )
17  CALIFORNIA DEPARTMENT OF             )
    TRANSPORTATION,                      )
18                                       )
            Claimant.                    )
19  _____)

20
         I am employed in the City and County of San Francisco, State of California. I am over the
21
    age of 18 years and not a party to the within action. My business address is 595 Market Street, Suite
22
    1700, P.O. Box 7444, San Francisco, California 94120-7444.
23
         On the date set forth below, I served a true copy of the following document(s):
24
              **ANSWER TO THE COMPLAINT FOR EXONERATION FROM OR
25                          LIMITATION OF LIABILITY**

26  on the interested parties to said action by the following means:

27
                                            1
    PROOF OF SERVICE (07-CV-06175 VRW)

1  [ X ] (BY MAIL) By placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing on that date following ordinary business practices,
2  in the United States Mail at the office of the State of California, Department of Transportation, 595 Market Street, Suite 1700, San Francisco, California, addressed as shown below. I am readily
3  familiar with this business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence would
4  be deposited with the United States Postal Service the same day it was placed for collection and processing.
5
6  [ ]    (BY PERSONAL SERVICE) By causing a true copy thereof, enclosed in a sealed enveloped, to be delivered by hand to the address(es) shown below.
7  [ ] (BY OVERNIGHT DELIVERY) By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to the office of the State of California, Department of
8  Transportation, to be delivered by Express Mail, to the address(es) shown below.
9  [ ]    (BY FACSIMILE TRANSMISSION) By transmitting a true copy thereof by facsimile transmission from facsimile number (415) 495-2333 to the interested parties to said action at the
10  facsimile number(s) shown below.

11  George W. Nowell, Esq.
    Paul B. Arenas, Esq.
12  John H. Cigavic III, Esq.
    LAW OFFICES OF GEORGE W. NOWELL
13  120 Montgomery Street, Suite 1990
    San Francisco, CA 94104
14  Tel. (415) 362-1333/Fax (415) 362-1344
    *Attorneys for Jerico Products, Inc. And Lind Marine, Inc.*
15

16
    I declare under penalty of perjury that the foregoing is true and correct.
17  EXECUTED on March 24, 2008 at San Francisco, California.

18
                                                    _____
19                                                  PINKY NG, Declarant

20

21

22

23

24

25

26

27