UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  April 10, 2008

**C07-6175  VRW**          Jerico Products Inc et al  v  CA Dept of Transportation

Attorneys : For Plaintiff(s):   Paul B.  Arenas

       For Defendant(s):    Wm David Sullivan


Deputy Clerk: Cora Klein                                    Reporter: not reported

PROCEEDINGS:

Case Management Conference - Held

Further Case Management Conference set for  7/31/2008  at 3:30 p.m.

SCHEDULE:
Fact Discovery Cutoff: 9/30/08          Designation of Experts/Reports: __
Rebuttal Expert/Report: __              Experts Discovery Cutoff: __

CROSS  MOTIONS HEARING:   10/23/2008  at 2:30 p.m.
File Motion:                    Opposition:                    Reply:

PRETRIAL CONFERENCE:   January 15, 2009  at 3:30 pm (including motions in limine)

Notes: Claimant will make its initial disclosures on or before April 18, 2008.


Order to be prepared by:     Plntf_____    Deft_____    Court_x_