1  BRUCE A. BEHRENS, Chief Counsel
   DAVID GOSSAGE, Deputy Chief Counsel
2  G. MICHAEL HARRINGTON, Assistant Chief Counsel
   BELVIN K. SMITH
3  WM. DAVID SULLIVAN, Bar No. 142881
   595 Market Street, Suite 1700, San Francisco, CA 94105
4  Mail: P.O. Box 7444, San Francisco, CA 94120-7444
   Telephone: (415) 904-5700, Facsimile: (415) 904-2333
5

6  Attorneys for Claimant California Department of Transportation

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE COMPLAINT OF JERICO PRODUCTS, INC. And LIND MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUB PETALUMA HER ENGINES, TACKLE, APPURTENANCES, AND THE BARGE 201 (J5200), IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioner,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION,<br><br>Claimant. | CASE No. 07-CV-06175 VRW<br><br>RESPONDENTS' INITIAL DISCLOSURE<br><br>(FRCP 26(a)(1))<br><br>CMC DATE: April 10, 2008<br>TIME: 3:30 PM<br>JUDGE: Vaughn R. Walker<br>COURTROOM: 6, 17th Floor |

Pursuant to F.R.C.P. 26(a)(1), respondent STATE OF CALIFORNIA, ("respondent"), as owners of the Napa River Bridge on State Route 37 in Solano County, makes the following disclosures:

**(A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;**

The following persons may have information concerning factual matters relevant to this action.

1. Unknown persons employed by the United States Coast Guard;

2. Crew members of the tug PETALUMA, employed by JERICO PRODUCTS. INC., may have witnessed events prior to and following the allision;

3. Pete Manglo, Fairfield Office, CALTRANS, 707-428-2029 office; 707-867-6125 mobile;

4. Ron Shipman, CALTRANS

5. Michael B. Johnson, Bridge Engineer, CALTRANS, 916-227-8768 office;

6. Petty Officer Second Class Loren, U.S. Coast Guard;

7. Lieutenant Ramos, Waterways and Navigation Office, Officer In Charge, U.S. Coast Guard;

8. Capt. Maurice Lessard, master of the tug "Petaluma", employed by Jerico Products, Inc., 100 East "D" Street, Petaluma, CA 94952;

9. Eric Van Zuthen, Operations Manager, Vortex Marine;

10. John Miller, Assistant Superintendent, Vortex Marine;

11. Unknown persons employed by Vortex Marine conducting repair work on bridge between November 14, 2007 and March 14, 2008;

12. BK Cooper, Cooper Crane Rigging, Inc. P.O. Box 2540, Novato, CA 94948-2540, 415-892-2778 phone; 415-892-9229;

13. Mark Weisz, employed by CS Marine Constructors, Inc., 425 15th Street, Mare Island Berth 19, Vallejo, CA 94592, 707-562-4100 phone; 707-562-4106 fax;

14. Christian Lind, Vice President, Jerico Products, Inc., 100 East "D" Street, Petaluma, CA 94952;

15. Michael Lind, President, Lind Marine, Inc., 315 Scott Hill Drive, Orcas, WA 98280;

16. Keith Scally, Arnold and Arnold, Inc., 2424 Central Avenue, Alameda, CA 94501, 510-337-1875 office, 510-337-9375 fax;

17. Alex Vollmer, Vollmer Construction Consultancy, 119 Redwood Road, San Anselmo, CA 94960-2147, 415-454-9970 office; 415-454-6004 fax;

18. Walid Kahalife, Caltrans Construction, 111 Grand Avenue, Oakland, CA., may be contacted through defense counsel;

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700, San Francisco, California 94105
Mail: P.O. Box 7444, San Francisco, California 94120-7444
Telephone: (415) 904-5700; Facsimile: (415) 904-2333

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700, San Francisco, California 94105
Mail: P.O. Box 7444, San Francisco, California 94120-7444
Telephone: (415) 904-5700; Facsimile: (415) 904-2333

19. Gerry Santiago, Caltrans Construction, 111 Grand Avenue, Oakland, CA., may be contacted through defense counsel;

20. Dario Arugay, Caltrans Maintenance Engineering, 111 Grand Avenue, Oakland, CA., may be contacted through defense counsel;

21. Samir Ead, Caltrans Structures Construction, 111 Grand Avenue, Oakland, CA., may be contacted through defense counsel;

22. Nick Abuhamdieh, Caltrans Structures Construction, 111 Grand Avenue, Oakland, CA., may be contacted through defense counsel;

23. Myeong Bue Kim, Caltrans Structures Construction, 111 Grand Avenue, Oakland, CA., may be contacted through defense counsel;

24. Stanley Ng, Calrans Maintenance Services, 111 Grand Avenue, Oakland, CA., may be contacted through defense counsel;

25. John Hemiup, Caltrans Maintenance, 111 Grand Avenue, Oakland, CA., may be contacted through defense counsel;

26. Kenneth Brown, Caltrans SMI, 111 Grand Avenue, Oakland, CA., may be contacted through defense counsel;

27. Unknown persons employed by the Environmental Protection Agency;

28. Brendan Thompson employed by the California Regional Quality Control Board, 1515 Clay St., Suite 1400, Oakland California 94612, 510-622-2300 phone; 510-622-2460 fax;

29. Bruce H. Wolfe, Executive Officer, employed by the California Regional Quality Control Board, 1515 Clay St., Suite 1400, Oakland, California 94612, 510-622-2300 phone; 510-622-2460 fax;

30. Unknown persons employed by the California Regional Quality Control Board, 1515 Clay St., Suite 1400, Oakland, California 94612, 510-622-2300 phone; 510-622-2460 fax;

31. Darrin Thome employed by the United States Department of the Interior, Fish and Wildlife Service, 2800 Cottage Way, Room W-2605, Sacramento, California 95825, (916) 414-6533 phone;

32. Unknown persons employed by the United States Department of the Interior, Fish and

1  Wildlife Service, 2800 Cottage Way, Room W-2605, Sacramento, California 95825, 916-414-6533
2  phone;
3      33. Unknown persons employed by the California Department of Boating and Waterways;
4      34. Jane Hicks employed by the Civil Works Office of the U.S. Army Engineers, 333 Market
5  St., Rm. 923 San Francisco, California; 415-503-6771 phone; 415 977-8316 fax;
6      35. Unknown persons employed by the United States Army Corps of Engineers; 333 Market
7  St., Rm. 923 San Francisco, California; 415 977-8316 fax;
8      36. James A. Reyff employed by Illington and Rodkin, Inc., 505 Petaluma Blvd. South,
9  Petaluma, California, 707-766-7700 phone;
10     37. John Miller employed by Vortex Marine Construction, Livingston St. Pier, Oakland,
11 California; 510-266-4930 fax;
12     38. Susan Simpson employed by California Department of Transportation, 111 Grand Ave.,
13 Oakland, California 94623, 510-286-4436 phone;
14     39. Chuck Morton employed by California Department of Transportation, 111 Grand Ave.,
15 Oakland, California 94623, 510-286-5016 phone; 510-286-4482 fax.
16     **(B) a copy of, or a description by category and location of, all documents, data**
17 **compilations, and tangible things that are in the possession, custody or control of the party**
18 **and that the disclosing party may use to support its claims or defenses, unless solely for**
19 **impeachment;**
20     Respondent produces herewith copies of all documents related to the incident involving the
21 allision between the Barge J5200 and the Napa River Bridge, except for the following documents
22 which may be reviewed and copied by Petitioners at a mutually convenient date and time at the place
23 where those documents are stored in the normal course of business. The documents available for
24 review and copying are the entire construction file for the repair project to the subject bridge.
25 Additional documents are the Standard Plans, the Standard Specifications, the Special Provisions for
26 the subject repair project, the as-built plans for the subject repair project and photographs contained
27 therein. This documentation is maintained at the Caltrans Construction Office in Fairfield, CA.

RESPONDENT'S INITIAL DISCLOSURE

In addition to the above-referenced documents, Respondent hereby produces the following documents in support of its claims.

1. Letter to the State from the California Regional Quality Control Board dated August 15, 2007 regarding Water Quality Certification for Fender Repair;

2. State's Nationwide Permit Information created by Chuck Morton on September 7, 2006;

3. Reference Material from the U.S. Army of Engineer Corps regarding environmental impact for fender repair;

4. Letter to Vortex Marine Construction from Illingworth & Rodkin regarding underwater sound measurements;

5. Specifications for plastic piles;

6. Seapile (plastic pile) Technical Manuel;

7. Summary of State Legislation 2003-2004;

8. Fender System Design Sheets Heavy Duty;

9. Fender System Design Sheets Medium Duty;

10. Layout and Design Guidelines for Marine Berth Facilities 2005.

**(C) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;**

Respondent herewith produces a copy of its damage related documents, including a copy of the Project Data Sheet, the State Highway Account Budget Sheet, the Director's Order Request-Funds Request, the Confirmation of Verbal Agreement Other Than for Equipment Rental. Additional responsive documentation is located in the construction project files referenced in (B), above.

**(D) for inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

1  Not applicable to Respondent.

## CONCLUSION

The disclosure of the foregoing witnesses and documents is based upon facts and information which are presently known to Respondent. Respondent incorporates herein the disclosures produced by all other parties to this litigation. Respondent expressly reserves its right to supplement this disclosure in accordance with the Federal Rules of Civil Procedure.

To the best of the knowledge, information and belief of the below-signed, formed upon inquiry that is reasonable under the circumstances, the disclosure is complete and accurate as of this date.

DATED: April 17, 2008

BRUCE A. BEHRENS
DAVID GOSSAGE
G. MICHAEL HARRINGTON
BELVIN K. SMITH
WM. DAVID SULLIVAN

By _/s/ Wm. David Sullivan_
Attorneys for Defendant
State of California

Case Name: The Poeple of the State of California v. Jerico Products, Inc. And Lind Marine, Inc., et al.
United State District Court, Northern District of California
Case No. 07-CV-06175 VRW

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 595 Market Street, Suite 1700, P.O. Box 7444, San Francisco, California 94120-7444.

On the date set forth below, I served a true copy of the following document(s):

**RESPONDENTS' INITIAL DISCLOSURE**

on the interested parties to said action by the following means:

[ X ] **(BY MAIL)** By placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing on that date following ordinary business practices, in the United States Mail at the office of the State of California, Department of Transportation, 595 Market Street, Suite 1700, San Francisco, California, addressed as shown below. I am readily familiar with this business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence would be deposited with the United States Postal Service the same day it was placed for collection and processing.

[ ] **(BY HAND DELIVERY)** By causing a true copy thereof, enclosed in a sealed enveloped, to be delivered by hand to the address(es) shown below.

[ ] **(BY OVERNIGHT DELIVERY)** By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to the office of the State of California, Department of Transportation, to be delivered by Golden State Overnight to the address(es) shown below.

[ ] **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (415) 904-2333 to the interested parties to said action at the facsimile number(s) shown below.

George W. Nowell, Esq.
Paul B. Arenas, Esq.
John H. Cigavic III, Esq.
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Tel. (415) 362-1333/Fax (415) 362-1344
*Attorneys for Jerico Products, Inc. And Lind Marine, Inc.*

I declare under penalty of perjury that the foregoing is true and correct.
EXECUTED on April 18, 2008 at San Francisco, California.

PINKY NG, Declarant

PROOF OF SERVICE