IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERICO PRODUCTS, INC., et al., | No. C 07-6175 VRW |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| CALIFORNIA DEPARTMENT OF TRANSPORTATION, | |
| Defendant. | |

YOU ARE NOTIFIED THAT due to Court's unavailability, the Further Case Management Conference scheduled for July 31, 2008 has been **vacated.**

Dated: June 11, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Courtroom Deputy Clerk to Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov