GEORGE W. NOWELL (SBN: 83868)
 george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
 paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
 john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for Petitioners JERICO PRODUCTS, INC.
and LIND MARINE, INC.

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE COMPLAINT OF JERICO PRODUCTS, INC. and LIND MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG PETALUMA HER ENGINES, TACKLE, APPURTENANCES, AND THE BARGE 201 (J5200), IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION,<br><br>Claimant.<br><hr>THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation,<br><br>Plaintiffs,<br><br>v.<br><br>JERICO PRODUCTS, INC. and LIND MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG PETALUMA HER ENGINES, TACKLE, APPURTENANCES, AND THE BARGE 201 (J5200) *in personam*; TUG PETALUMA AND BARGE 201 (J5200), their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>Defendants. | CASE NO.: C07-6175 VRW<br><br>**STIPULATION AND REQUEST FOR ORDER NOTING DEFAULTS;** [~~PROPOSED~~] **ORDER NOTING DEFAULTS**<br><br>**IN ADMIRALTY**<br><br>**SUPP. ADMIRALTY RULE F** |

1

**STIPULATION AND REQUEST FOR ORDER NOTING DEFAULTS; [PROPOSED] ORDER NOTING DEFAULTS (C07-6175 VRW)**

COME NOW petitioners JERICO PRODUCTS, INC. ("JERICO") and LIND MARINE, INC. ("LIND") (collectively "petitioners"), as owners and/or operators of the TUG PETALUMA and the BARGE 201 (J5200) and the CALIFORNIA DEPARTMENT OF TRANSPORTATION ("respondent", "claimant" or "CALTRANS") jointly and by and through their counsel who are authorized to so stipulate, and do hereby stipulate and agree and request this Court find and order, with regard to the captioned lawsuit, as follows:

1.) petitioners' filed an action in Admiralty entitled "Complaint for Exoneration from or Limitation of Liability Under 46 USC §30501, *et. seq.*" on 5 December 2007 seeking to limit their liability for the maritime incident complained of to the value of their vessels, the TUG PETALUMA and the BARGE 201 (J5200);

2.) an "Order Approving Ad Interim Stipulation for Value, Directing Issuance of Notice and Restraining Prosecution of Claims" was duly issued and entered herein, dated 22 January 2008 and appearing on the Docket of this Court at No. 10, against all persons claiming damages for any and all losses, damages, injuries, or destruction arising out of or occurring on the voyage of the Vessel and related to the Incident, citing and requiring all persons to appear before the Court and file their respective claims in writing, under oath, and to serve copies thereof on the attorneys for petitioner, and to answer the allegations of the petition herein on or before 24 March 2008 and notice of said Order was duly given and published, as appears by return of petitioner duly made, and copies of the notice and Order were duly served on all claimants in accordance with the Rules of this Court (both appearing on the Docket of this Court at No. 15);

3.) CALTRANS is the only entity before this Court that timely filed a claim with petitioners (CALTRANS also filed an answer to the complaint on 24 March 2004 and cross-complained): CALTRANS claimed for damage to the Highway 37/Napa River Bridge fendering, claiming damages in excess of $1,750,000;

4.) no other claim has been presented to or filed with said petitioners as of the date of this stipulation; and

//

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

1      5.)     petitioners and claimant hereby respectfully request the Court grant an "Order
2  Noting Default" in the form attached hereto; and
3      6.)     petitioners and claimant's counsel hereby stipulate that the form of the "Order
4  Noting Default" attached hereto is acceptable to petitioner's and claimant's counsel.

6  IT IS SO STIPULATED:

7  Dated: 15 July 2008

                                      LAW OFFICES OF GEORGE W. NOWELL

                                      By: _____
                                                JOHN H. CIGAVIC III
                                                Attorneys for petitioner
                                                JERICO PRODUCTS, INC.
                                                and LIND MARINE, INC

IT IS SO STIPULATED:

Dated: July 12, 2008

                                        **CALIFORNIA DEPARTMENT OF TRANSPORTATION**

                                      By: _____
                                                WM. DAVID SULLIVAN
                                                PATRICK PETERSEN
                                                Attorneys for CALIFORNIA DEPARTMENT
                                                OF TRANSPORTATION

19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P0709.2008-1773

**STIPULATION AND REQUEST FOR ORDER NOTING DEFAULTS; [PROPOSED] ORDER NOTING DEFAULTS (C07-6175 VRW)**

# [PROPOSED] ORDER

A Petition for exoneration from or limitation of all liability having been filed herein on 5 December 2007, appearing on the Docket at No. 1, by JERICO PRODUCTS, INC. ("JERICO") and LIND MARINE, INC. ("LIND") (collectively "petitioners"), as owners and/or operators of the TUG PETALUMA and the BARGE 201 (J5200) ("Vessel") related to contact made with the Route 37 / Napa River Bridge fender on 3 June 2007 ("Incident");

And, an "Order Approving Ad Interim Stipulation for Value, Directing Issuance of Notice and Restraining Prosecution of Claims" having been duly issued and entered herein, dated 22 January 2008 and appearing on the Docket of this Court at No. 10, against all persons claiming damages for any and all losses, damages, injuries, or destruction arising out of or occurring on the voyage of the Vessel and related to the Incident, citing and requiring all persons to appear before the Court and file their respective claims in writing, under oath, and to serve copies thereof on the attorneys for petitioner, and to answer the allegations of the petition herein on or before 24 March 2008 and notice of said Order having been duly given and published, as appears by return of petitioner duly made, and copies of the notice and Order having been duly served on all claimants in accordance with the Rules of this Court (both appearing on the Docket of this Court at No. 15);

And, it further appearing by stipulation of all the parties hereto that the following claim has been presented to and filed with petitioners' counsel as required by the Rules of this Court, to wit:

- CALTRANS claimed for damage to the Highway 37/Napa River Bridge fender, claiming damages in excess of $1,750,000;

and that no other claim has been presented to or filed with said petitioner as of the date of this Order; and

Now, therefore on stipulation and request of all of the parties appearing, by and through their respective counsel, it is

//

//

---

4

**STIPULATION AND REQUEST FOR ORDER NOTING DEFAULTS; [PROPOSED] ORDER NOTING DEFAULTS (C07-6175 VRW)**

1  ORDERED, ADJUDGED AND DECREED that the defaults of all persons claiming damages for any and all losses, damages, injuries and destruction arising out of, occasioned or occurring from or on the voyage of the Vessel and related to the Incident, who have not heretofore filed and presented claims and answers, if desired, be and are in default, and such persons are hereby barred from filing any claims and answers regarding the voyage of the Vessel and related to the Incident in this Court or in any proceeding related hereto; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all persons, concerns or firms in default, as aforesaid, be subject to, and that all issues raised by the petition herein and the answer thereto now on file, shall stand for trial before this Court according to the rules and practice hereof; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all other proceedings on any and all proofs of claim now on file, or which are subsequently interposed, wherever said action, proceeding or event may be located, be and hereby are stayed until the trial and determination of this suit.

IT IS SO ORDERED:


Dated:   July 22, 2008

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF
CALIFORNIA

By: _____
HON. VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333  Fax: (415) 362-1344

P0709.2008-1773