<table>
<tr><td>1</td><td>BRUCE A. BEHRENS, Chief Counsel<br>DAVID GOSSAGE, Deputy Chief Counsel</td></tr>
</table>

1   BRUCE A. BEHRENS, Chief Counsel
    DAVID GOSSAGE, Deputy Chief Counsel
2   MICHAEL G. HARRINGTON, Assistant Chief Counsel
    BELVIN SMITH
3   WM. DAVID SULLIVAN, State Bar No. 142881
    PATRICK PETERSEN
4   595 Market Street, Suite 1700, San Francisco, CA 94105
    Mail: P. O. Box 7444, San Francisco, CA 94120-7444
5   Telephone: (415) 904-5700, Facsimile: (415) 904-2333

6   Attorneys for Defendant State of California

7
                 THE UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA
9                     (SAN FRANCISCO DIVISION)

10
    IN RE COMPLAINT OF JERICO PRODUCTS,)    **CASE No. 07-CV-06175 VRW**
11  INC. And LIND MARINE, INC. AS OWNERS )
    AND/OR OPERATORS OF THE TUG          )
12  PETALUMA HER ENGINES, TACKLE,        )   **JOINT STIPULATION REGARDING**
    APPURTENANCES, AND THE BARGE 201    )   **CONTINUATION OF FACT BASED**
13  (J5200), IN A CAUSE OF EXONERATION  )   **DISCOVERY CUTOFF**
    FROM OR LIMITATION OF LIABILITY,    )   **[Local rules 6-2 and 7-12]**
14                                       )
              Petitioner,                )   **Judge:** Vaughn R. Walker
15                                       )
    vs.                                  )
16                                       )
    CALIFORNIA DEPARTMENT OF             )
17  TRANSPORTATION,                      )
                                         )
18            Claimant                   )
    _____)
19  THE PEOPLE OF THE STATE OF           )
    CALIFORNIA, acting by and through the)
20  Department of Transportation,        )
                                         )
21            Plaintiffs,                )
    vs.                                  )
22                                       )
    JERICO PRODUCTS, INC. and LIND       )
23  MARINE, INC. AS OWNERS AND/OR        )
    OPERATORS OF THE TUG PETALUMA        )
24  AND BARGE 201 (J5200) in personam; TUG)
    PETALUMA AND BARGE 201 (J5200), their)
25  engines, tackle, equipment, appurtenance,)
    freights and cargo In Rem,           )
26                                       )
              Defendants.                )
27  _____)

                              1

1        IT IS HEREBY STIPULATED by and between the parties to this action through their

2  designated counsel that the fact-based discovery cutoff in this action should be moved from

3  September 30, 2008 to March 1, 2009. All other scheduled dates as outlined in the Court's Civil

4  Pretrial Minutes of April 10, 2008 are extended for a period of five months.  The parties have

5  attached, as Exhibit A,  a  Proposed Order reflecting the terms of this Stipulation.

6

7

8  Dated: September 16, 2008

9

10                GEORGE W. NOWELL
                   PAUL B. ARENAS

11               JOHN H. CIGAVIC

12               By

13               Attorneys for Petitioner
                LAW OFFICES OF GEORGE W. NOWELL

14

15

16

17               BRUCE BEHRENS
                DAVID GOSSAGE

18               MICHAEL G. HARRINGTON
                BELVIN SMITH

19               WM. DAVID SULLIVAN
                PATRICK PETERSEN

20           By

21               Attorneys for Claimant
                STATE OF CALIFORNIA

22

23

24

25

26

27

# EXHIBIT A

BRUCE A. BEHRENS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
MICHAEL G. HARRINGTON, Assistant Chief Counsel
BELVIN SMITH
WM. DAVID SULLIVAN, State Bar No. 142881
595 Market Street, Suite 1700, San Francisco, CA 94105
Mail: P. O. Box 7444, San Francisco, CA 94120-7444
Telephone: (415) 904-5700, Facsimile: (415) 904-2333

Attorneys for Defendant State of California

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE COMPLAINT OF JERICO PRODUCTS, INC. And LIND MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG PETALUMA HER ENGINES, TACKLE, APPURTENANCES, AND THE BARGE 201 (J5200), IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY, | CASE No. 07-CV-06175 VRW |
| Petitioner, | ORDER |
| vs. | |
| CALIFORNIA DEPARTMENT OF TRANSPORTATION, | **Judge:** Vaughn R. Walker |
| Claimant | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation, | |
| Plaintiffs, | |
| vs. | |
| JERICO PRODUCTS, INC. and LIND MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG PETALUMA AND BARGE 201 (J5200) in personam; TUG PETALUMA AND BARGE 201 (J5200), their engines, tackle, equipment, appurtenance, freights and cargo In Rem, | |
| Defendants. | |

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700, San Francisco, California 94105
Mail: P.O. Box 7444, San Francisco, California 94120-7444
Telephone: (415) 904-5700; Facsimile (415) 904-2333

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700, San Francisco, California 94105
Mail: P.O. Box 7444, San Francisco, California 94120-7444
Telephone (415) 904-5700; Facsimile (415) 904-2333

1

2    Having considered the parties' Joint Stipulation Regarding Continuation Of Fact Based

3    Discovery Cutoff and all supporting papers, and good cause appearing, the Court hereby ORDERS

4    that:

5        1. The fact-based discovery cutoff in this action shall be moved from September 30, 2008  to

6    March 1, 2009.                                    until    3/19/2009 at 2:30PM

7        2. The October 23, 2008 last date for the Cross Motions is to be extended ~~by five months.~~

8        3. The January 15, 2009 date for the Pretrial Conference is to be extended ~~by five months.~~

9    until   6/25/2009 at 3:30 PM.

10       **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

11

12

13   Dated:   Oct 31        , 2008

14



15

16

17

18

19

20

21

22

23

24

25

26

27

BRUCE A. BEHRENS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
MICHAEL G. HARRINGTON, Assistant Chief Counsel
BELVIN SMITH
WM. DAVID SULLIVAN, State Bar No. 142881
595 Market Street, Suite 1700, San Francisco, CA 94105
Mail: P. O. Box 7444, San Francisco, CA 94120-7444
Telephone: (415) 904-5700; Facsimile: (415) 904-2333
Attorneys for Claimant California Department of Transportation

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE COMPLAINT OF JERICO PRODUCTS, INC. And LIND MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG PETALUMA HER ENGINES, TACKLE, APPURTENANCES, AND THE BARGE 201 (J5200), IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY, <br><br> Petitioner, <br><br> vs. <br><br> CALIFORNIA DEPARTMENT OF TRANSPORTATION, <br><br> Claimant. | CASE No. 07-CV-06175 VRW <br><br> **DECLARATION OF WM. DAVID SULLIVAN IN SUPPORT OF JOINT STIPULATION REGARDING CONTINUATION OF FACT BASED DISCOVERY CUTOFF** <br> **[Local Rules 6-2 and 7-12]** <br><br> **Judge:** Vaughn R. Walker |
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation, <br><br> Plaintiffs, <br><br> vs. <br><br> JERICO PRODUCTS, INC. and LIND MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG PETALUMA AND BARGE 201 (J5200) in personam; TUG PETALUMA AND BARGE 201 (J5200), their engines, tackle, equipment, appurtenance, freights and cargo In Rem, <br><br> Defendants. | |

1

I, WILLIAM DAVID SULLIVAN declare as follows:

1. I am an attorney duly licensed to practice in California and admitted to practice before the United States District Court for the Northern District of California. I am employed as an attorney by the California Department of Transportation, Legal Division. I am counsel of record in this action for claimant and defendant State of California.

2. This Declaration is submitted in support of the accompanying Joint Stipulation Regarding Continuation Of Fact Based Discovery Cutoff.

3. No prior modifications of the Court's Orders or its April 10, 2008 Civil Pretrial Minutes have been requested or granted.

4. The effect of this request would be to extend the last day for hearing Cross Motions from 2:30 p.m. on October 23, 2008 for a period of five months and to extend the Pretrial Conference from 3:30 p.m. on January 15, 2009 for a period of five months.

5. The reason for the submission of this Joint Stipulation is to allow the parties additional time in which to complete their fact based discovery in this action. This extension will allow the parties to more fully develop the issues in this case, in the hope of permitting the parties to present this matter to a neutral for purposes of alternative dispute resolution.

6. The parties have been conducting fact based discovery in this case and have exchanged written discovery and have taken several depositions thus far. The parties have scheduled numerous additional depositions and desire to complete those at a less hectic pace than they are currently scheduled.

7. An additional reason for this request is the prolonged budget impasse (70 plus days) in the State of California Legislature. As of today's date, there is a reported agreement for the resolution of this matter, but as this Declaration is being prepared there is no State budget in place. The lack of a budget has hampered the ability of claimant State of California's attorneys to proceed with their discovery plan. Since there has been no budget enacted, claimant has been unable to make payments to vendors for services provided during the new fiscal year. The effect of the budget impasse is to prevent the State from paying court reporter deposition costs, witness subpoena fees or any of the

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700, San Francisco, California 94105
Mail: P.O. Box 7444, San Francisco, California 94120-7444
Telephone: (415) 904-5700; Facsimile (415) 904-2333

2

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700, San Francisco, California 94105
Mail: P.O. Box 7444, San Francisco, California 94120-7444
Telephone: (415) 904-5700; Facsimile: (415) 904-2333

other expenses incident to trial or trial preparation.

8.   The undersigned attorney for the State currently has three jury trial scheduled between now and the end of the calendar year. Those trial dates are for September 22nd in San Luis Obispo; November 3rd in Santa Barbara and December 1st in San Luis Obispo.  All three cases are quite old, with filing dates of 2003, 2004 and 2006. These cases have been previously postponed and are expected to go to trial on the dates listed.

I declare under penalty of perjury provided for by the laws of the State of California that this Declaration is true and correct of my own personal knowledge, except for those matters stated by me as based on information and belief, and to such matters I am informed and believe that they are true and correct.

Executed on September 16, 2008 in San Francisco, California.

Dated: September 16, 2008

BRUCE A. BEHRENS
DAVID GOSSAGE
MICHAEL G. HARRINGTON
BELVIN SMITH
WM. DAVID SULLIVAN

By _____
Attorneys for Claimant
CALIFORNIA DEPARTMENT OF
TRANSPORTATION

DECLARATION OF WM. DAVID SULLIVAN IN SUPPORT OF CONTINUATION OF FACT BASED DISCOVERY CUTOFF [L.R. 6-2 and 7-12]

BRUCE A. BEHRENS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
MICHAEL G. HARRINGTON, Assistant Chief Counsel
BELVIN SMITH
WM. DAVID SULLIVAN, State Bar No. 142881
595 Market Street, Suite 1700, San Francisco, CA 94105
Mail: P. O. Box 7444, San Francisco, CA 94120-7444
Telephone: (415) 904-5700, Facsimile: (415) 904-2333

Attorneys for Claimant California Department of Transportation

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE COMPLAINT OF JERICO PRODUCTS, INC. And LIND MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG PETALUMA HER ENGINES, TACKLE, APPURTENANCES, AND THE BARGE 201 (J5200), IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY, <br><br> Petitioner, <br><br> vs. <br><br> CALIFORNIA DEPARTMENT OF TRANSPORTATION, <br><br> Claimant. | CASE No. 07-CV-06175 VRW <br><br> **PROOF OF SERVICE** |

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 595 Market Street, Suite 1700, P.O. Box 7444, San Francisco, California 94120-7444.

On the date set forth below, I served a true copy of the following document(s):

**1. JOINT STIPULATION REGARDING CONTINUATION OF FACT BASED DISCOVERY CUTOFF [Local rules 6-2 and 7-12]**

**2. DECLARATION OF WM. DAVID SULLIVAN IN SUPPORT OF JOINT STIPULATION REGARDING CONTINUATION OF FACT BASED DISCOVERY CUTOFF [Local Rules 6-2**

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700, San Francisco, California 94105
Mail: P.O. Box 7444, San Francisco, California 94120-7444
Telephone: (415) 904-5700; Facsimile: (415) 904-2333

1    and 7-12]

2    **3. ORDER**

3    on the interested parties to said action by the following means:

4    **[ X ]** (BY MAIL) By placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing on that date following ordinary business practices, in

5    the United States Mail at the office of the State of California, Department of Transportation, 595 Market Street, Suite 1700, San Francisco, California, addressed as shown below. I am readily

6    familiar with this business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence would be

7    deposited with the United States Postal Service the same day it was placed for collection and processing.

8

9    [ ]    (BY PERSONAL SERVICE) By causing a true copy thereof, enclosed in a sealed enveloped, to be delivered by hand to the address(es) shown below.

10   [ ] (BY OVERNIGHT DELIVERY) By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to the office of the State of California, Department of

11   Transportation, to be delivered by Express Mail, to the address(es) shown below.

12   [ ]    (BY FACSIMILE TRANSMISSION) By transmitting a true copy thereof by facsimile transmission from facsimile number (415) 495-2333 to the interested parties to said action at the

13   facsimile number(s) shown below.

14   **George W. Nowell, Esq.**
     **Paul B. Arenas, Esq.**

15   **John H. Cigavic III, Esq.**
     **LAW OFFICES OF GEORGE W. NOWELL**

16   **120 Montgomery Street, Suite 1990**
     **San Francisco, CA 94104**

17   **Tel. (415) 362-1333/Fax (415) 362-1344**
     *Attorneys for Jerico Products, Inc. And Lind Marine, Inc.*

18

19       I declare under penalty of perjury that the foregoing is true and correct.

20       EXECUTED on September 16, 2008 at San Francisco, California.

21

22                                 PINKY NG, Declarant

23

24

25

26

27

PROOF OF SERVICE (07-CV-06175 VRW)

*CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION*
*595 Market Street, Suite 1700, San Francisco, California 94105*
*Mail: P.O. Box 7444, San Francisco, California 94120-7444*
*Telephone: (415) 904-5700; Facsimile (415) 904-2333*