GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
100 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333;
Facsimile: (415) 362-1344
Attorneys for Petitioners JERICO PRODUCTS, INC.
and LIND MARINE, INC.

BRUCE A. BEHRENS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
MICHAEL G. HARRINGTON, Assistant Chief Counsel
BELVIN SMITH
WM. DAVID SULLIVAN (SBN 142881)
PATRICK PETERSEN (SBN 232639)
595 Market Street, Suite 1700
San Francisco, CA 94120-7444
Telephone: (415) 904-5700
Facsimile: (415) 904-2333
Attorneys for Claimant
CALIFORNIA DEPARTMENT OF TRANSPORTATION

**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE COMPLAINT OF JERICO PRODUCTS, INC. and LIND MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG PETALUMA HER ENGINES, TACKLE, APPURTENANCES, AND THE BARGE 201 (J5200), IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION,<br><br>Claimant.<br><br>AND COUNTERCLAIM | **CASE NO.: C07-6175 VRW**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL & DISSOLUTION OF LIMITATION FUND**<br><br>**IN ADMIRALTY**<br><br>**FRCivP 41**<br><br>**Judge: Chief Judge Vaughn R. Walker**<br><br>**Complaint filed: 5 December 2007** |

//

---

1

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL & DISSOLUTION OF LIMITATION FUND**
**(C07-6175 VRW)**

Come now Petitioners JERICO PRODUCTS, INC. and LIND MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG PETALUMA HER ENGINES, TACKLE, APPURTENANCES, ETC. ("PETITIONERS") and THE PEOPLE OF THE STATE OF CALIFORNIA ("CLAIMANT");

CLAIMANT being the only appearing defendant or claimant in this lawsuit;

All other potential defendants or claimants having failed to file timely claims in accordance with this Court's Order of 22 January 2008 (appearing on the Docket of this Court at No. 10) and having been barred from filing claims by this Court's Order of 22 July 2008 (appearing on the Docket of this Court at No. 24);

PETITIONERS and CLAIMANT, the only remaining parties in this lawsuit, having reached a settlement of CLAIMANT's claim in the amount of $71,000, hereby stipulate to the dismissal of CLAIMANT 's claim and of this action in its entirety pursuant to Federal Rules of Civil Procedure Rule 41(a)(2) and 41(c).

IT IS SO STIPULATED:

Dated:    18 March 2010        **LAW OFFICES OF GEORGE W. NOWELL**

By: _____/s/ John H. Cigavic III_____
JOHN H. CIGAVIC III
Attorneys for petitioners
JERICO PRODUCTS, INC.
and LIND MARINE, INC.

Dated:    March 18, 2010        **CALIFORNIA DEPARTMENT OF TRANSPORTATION**

By: _____/s/ Patrick Petersen_____
WM. DAVID SULLIVAN
PATRICK PETERSEN
Attorneys for CALIFORNIA DEPARTMENT OF TRANSPORTATION

2
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL & DISSOLUTION OF LIMITATION FUND (C07-6175 VRW)**

LAW OFFICES OF GEORGE W. NOWELL
100 Montgomery Street, Suite 1990
San Francisco, CA 94104-4322
Phone: (415) 362-1333 Fax: (415) 362-1344

P0312.2010-1773

Case3:07-cv-06175-VRW Document66 Filed03/23/10 Page3of3

# [PROPOSED] ORDER

PETITIONERS and CLAIMANT HAVING reached a settlement of CLAIMANT's claim, which is all that remains of this entire petition for limitation of liability pursuant to 46 USC §30501, *et seq*., and FRCivP SUPP RULE F, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

(1) this action is hereby dismissed in its entirety with prejudice;

(2) the Letter of Undertaking petitioners filed with the Complaint in this petition is hereby cancelled and the Clerk is ordered to return said Letter of Undertaking to its maker (through counsel for petitioners); and

(3) the limitation fund at issue in this petition is dissolved.

IT IS FURTHER ORDERED that each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED:

Dated: __March 23, 2010_____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By:_____
VAUGHN R. WALKER
CHIEF JUDGE

*IT IS SO ORDERED / Judge Vaughn R Walker*

Prepared by:

Dated:   18 March 2010          **LAW OFFICES OF GEORGE W. NOWELL**

By: _____/s/ John H. Cigavic III_____
JOHN H. CIGAVIC III
Attorneys for petitioners
JERICO PRODUCTS, INC.
and LIND MARINE, INC.

LAW OFFICES OF GEORGE W. NOWELL
100 Montgomery Street, Suite 1990
San Francisco, CA 94104-4322
Phone: (415) 362-1333 Fax: (415) 362-1344